# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Jeffrey L. Viken United States District Judge Presiding

| Courtroom Deputy - SLT<br>Courtroom - RC #1<br>U.S. Probation Officer – Shirley L'Esperance | Court Reporter – Sheri Not Help Him<br>Date – 9/4/2020 |
|---|---|
| 5:19-cr-50071-01 ||
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Robert Rodney Bland<br><br>Defendant. | Ben Patterson<br><br><br><br><br><br>Eric Schlimgen |

TIME HEARING SCHEDULED TO BEGIN: 9:30 AM

<u>TIME:</u>

9:33 AM    Enter evidentiary sentencing

              Sentence:
              Count 6: 12 months imprisonment to run concurrent to counts 18 and 19, no supervised release, $100 VAF,
              Count 18: 12 months imprisonment to run concurrent to counts 6 and 19, no supervised release, $100 VAF
              Count 19: 12 months imprisonment to run concurrent to counts 6 and 18, no supervised release, $100 VAF, $75,000 in restitution

10:35 AM    Court adjourned